**Electronically Filed
Supreme Court
SCWC-28342
30-JUN-2011
09:02 AM**

SCWC-28342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANE SCOTT COOPER, Petitioner/Plaintiff-Appellant,

vs.

BILLIE MILLER-COOPER, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28342; FC-DIVORCE NO. 05-1-0280)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on May 19, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 30, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Robert M. Harris
for petitioner/plaintiff-
appellant on the
application

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.